**Jeffrey S. BLANEY, Plaintiff–Appellant,**

v.

**The CITY OF VIRGINIA BEACH; Meyera E. Oberndorf, Mayor, City of Virginia Beach; Ronald Angelone, Director, Virginia Department of Corrections; Jerry O'Neal, Sheriff, White County Illinois; John Westfall, Investigator, White County Illinois State's Attorney Office; Christopher Heid; Tom Mathews, Jr.; Rob Wick; Frank Drew, Sheriff, Virginia Beach, Virginia; Arthur C. Ermlich, Jr.; W.T. Mann; M.F. Schuster, Captain, V.B.C.C.; Captain Wilke; H.T. White, Captain, V.B.C.C.; E. Ortiz, Captain,**
**V.B.C.C.; Lieutenant Wilburn, VBCC; Sergeant Harris, VBBC; Sergeant Varela, VBBC; Master Deputy Potter, VBBC; Deputy Ligon, VBBC; R.T. Marcelo, Deputy, VBBC; Deputy Fontalia, VBBC; Jane Doe, Nurse, VBBC; John Doe, Medical Doctor, VBBC; G.F. Driscoll, Law Librarian, VBBC; J. Curtis Fruit, Clerk, Virginia Beach Circuit Court, Defendants–Appellees.**

No. 01–7903.

United States Court of Appeals, Fourth Circuit.

Submitted March 14, 2002.

Decided March 22, 2002.

Jeffrey S. Blaney, Appellant Pro Se.

PER CURIAM.

Jeffrey S. Blaney appeals the district court's order denying his motion for reconsideration of the dismissal of his 42 U.S.C.A. § 1983 (West 2001) action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Blaney v. City of Virginia Beach,* No. CA–99–966–AM (E.D. Va. filed Oct. 1, 2001; entered Oct. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

323

fore the court and argument would not aid the decisional process.

*AFFIRMED.*

Bernard Christian appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reason-ing of the district court. *See Christian v. United States,* No. CA–01–3003–L (D.Md. filed Oct. 15, 2001; entered Oct. 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*